IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN STRAWBRIDGE | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 08-2937 |
| JOHN E. POTTER, | : | |
| POSTMASTER GENERAL | : | |

**ORDER**

AND NOW, this  22nd  day of July, 2009, upon consideration of the Motion of Defendant John E. Potter, Postmaster General, for Summary Judgment (Doc. No. 15), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED, and judgment is entered in favor of Defendant John E. Potter, Postmaster General, and against Plaintiff Karen Strawbridge.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.